# EXHIBIT 2

*(Request for Judicial Intervention
dated June 24, 2014)*

FILED: WESTCHESTER COUNTY CLERK 06/24/2014
NYSCEF DOC. NO. 2

INDEX NO. 59638/2014
RECEIVED NYSCEF: 06/24/2014

# REQUEST FOR JUDICIAL INTERVENTION
UCS-840 (7/2012)

Supreme COURT, COUNTY OF Westchester

Index No: 59638/2014    Date Index Issued: 06/19/2014

For Court Clerk Use Only:
IAS Entry Date
Judge Assigned
RJI Date

**CAPTION:** Enter the complete case caption. Do not use et al or et ano. If more space is required, attach a caption rider sheet.

JESSICA ZWEIMAN, Executrix of the Estate of Anne Zweiman, on behalf of herself and all others similarly situated

Plaintiff(s)/Petitioner(s)

-against-

AXA EQUITABLE LIFE INSURANCE COMPANY

Defendant(s)/Respondent(s)

**NATURE OF ACTION OR PROCEEDING:** Check ONE box only and specify where indicated.

**MATRIMONIAL**
- ☐ Contested
  NOTE: For all Matrimonial actions where the parties have children under the age of 18, complete and attach the **MATRIMONIAL RJI Addendum**. For Uncontested Matrimonial actions, use RJI form UD-13.

**TORTS**
- ☐ Asbestos
- ☐ Breast Implant
- ☐ Environmental: _____ (specify)
- ☐ Medical, Dental, or Podiatric Malpractice
- ☐ Motor Vehicle
- ☐ Products Liability: _____ (specify)
- ☐ Other Negligence: _____ (specify)
- ☐ Other Professional Malpractice: _____ (specify)
- ☐ Other Tort: _____ (specify)

**OTHER MATTERS**
- ☐ Certificate of Incorporation/Dissolution   [see **NOTE** under Commercial]
- ☐ Emergency Medical Treatment
- ☐ Habeas Corpus
- ☐ Local Court Appeal
- ☐ Mechanic's Lien
- ☐ Name Change
- ☐ Pistol Permit Revocation Hearing
- ☐ Sale or Finance of Religious/Not-for-Profit Property
- ☐ Other: _____ (specify)

**COMMERCIAL**
- ☐ Business Entity (including corporations, partnerships, LLCs, etc.)
- ☐ Contract
- ☐ Insurance (where insurer is a party, except arbitration)
- ☐ UCC (including sales, negotiable instruments)
- ⦿ Other Commercial: COMMERCIAL CLASS ACTION (specify)

NOTE: For Commercial Division assignment requests [22 NYCRR § 202.70(d)], complete and attach the **COMMERCIAL DIV RJI Addendum**.

**REAL PROPERTY:** How many properties does the application include? ____
- ☐ Condemnation
- ☐ Mortgage Foreclosure (specify):    ☐ Residential    ☐ Commercial
  Property Address: _____
  Street Address    City    State    Zip
  NOTE: For Mortgage Foreclosure actions involving a one- to four-family, owner-occupied, residential property, or an owner-occupied condominium, complete and attach the **FORECLOSURE RJI Addendum**.
- ☐ Tax Certiorari - Section: ____ Block: ____ Lot: ____
- ☐ Tax Foreclosure
- ☐ Other Real Property: _____ (specify)

**SPECIAL PROCEEDINGS**
- ☐ CPLR Article 75 (Arbitration)   [see **NOTE** under Commercial]
- ☐ CPLR Article 78 (Body or Officer)
- ☐ Election Law
- ☐ MHL Article 9.60 (Kendra's Law)
- ☐ MHL Article 10 (Sex Offender Confinement-Initial)
- ☐ MHL Article 10 (Sex Offender Confinement-Review)
- ☐ MHL Article 81 (Guardianship)
- ☐ Other Mental Hygiene: _____ (specify)
- ☐ Other Special Proceeding: _____ (specify)

**STATUS OF ACTION OR PROCEEDING:** Answer YES or NO for EVERY question AND enter additional information where indicated.

|  | YES | NO |  |
|---|---|---|---|
| Has a summons and complaint or summons w/notice been filed? | ⦿ | ☐ | If yes, date filed: 06/19/2014 |
| Has a summons and complaint or summons w/notice been served? | ☐ | ⦿ | If yes, date served: _____ |
| Is this action/proceeding being filed post-judgment? | ☐ | ⦿ | If yes, judgment date: _____ |

**NATURE OF JUDICIAL INTERVENTION:** Check ONE box only AND enter additional information where indicated.

- ○ Infant's Compromise
- ○ Note of Issue and/or Certificate of Readiness
- ○ Notice of Medical, Dental, or Podiatric Malpractice    Date Issue Joined: _____
- ○ Notice of Motion         Relief Sought: _____   Return Date: _____
- ○ Notice of Petition       Relief Sought: _____   Return Date: _____
- ○ Order to Show Cause      Relief Sought: _____   Return Date: _____
- ○ Other Ex Parte Application  Relief Sought: _____
- ○ Poor Person Application
- ⦿ Request for Preliminary Conference
- ○ Residential Mortgage Foreclosure Settlement Conference
- ○ Writ of Habeas Corpus
- ○ Other (specify): _____

**RELATED CASES:** List any related actions. For Matrimonial actions, include any related criminal and/or Family Court cases. If additional space is required, complete and attach the **RJI Addendum**. If none, leave blank.

| Case Title | Index/Case No. | Court | Judge (if assigned) | Relationship to Instant Case |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

**PARTIES:** For parties without an attorney, check "Un-Rep" box AND enter party address, phone number and e-mail address in space provided. If additional space is required, complete and attach the **RJI Addendum**.

| Un-Rep | Parties: List parties in caption order and indicate party role(s) (e.g. defendant; 3rd-party plaintiff). | Attorneys and/or Unrepresented Litigants: Provide attorney name, firm name, business address, phone number and e-mail address of all attorneys that have appeared in the case. For unrepresented litigants, provide address, phone number and e-mail address. | Issue Joined (Y/N): | Insurance Carrier(s): |
|---|---|---|---|---|
| ☐ | Zweiman (Last Name)<br>Jessica (First Name)<br>Primary Role: Plaintiff<br>Secondary Role (if any): | Hart (Last Name)  Barbara (First Name)<br>Lowey Dannenberg Cohen & Hart, P.C. (Firm Name)<br>One North Broadway, Suite 509 (Street Address)  White Plains (City)  New York (State)  10601 (Zip)<br>9149970500 (Phone)  9149970035 (Fax)  bhart@lowey.com (e-mail) | ○ YES<br>⦿ NO |  |
| ☐ | AXA Equitable Life Insurance Company (Last Name)<br>(First Name)<br>Primary Role: Defendant<br>Secondary Role (if any): | Kasner (Last Name)  Jay (First Name)<br>Skadden, Arps, Slate, Meagher & Flom LLP (Firm Name)<br>Four Times Square (Street Address)  New York (City)  New York (State)  10036 (Zip)<br>2127353000 (Phone)  2127352000 (Fax)  jkasner@skadden.com (e-mail) | ○ YES<br>⦿ NO |  |
| ☐ | Last Name<br>First Name<br>Primary Role:<br>Secondary Role (if any): | Last Name  First Name<br>Firm Name<br>Street Address  City  State  Zip<br>Phone  Fax  e-mail | ○ YES<br>○ NO |  |
| ☐ | Last Name<br>First Name<br>Primary Role:<br>Secondary Role (if any): | Last Name  First Name<br>Firm Name<br>Street Address  City  State  Zip<br>Phone  Fax  e-mail | ○ YES<br>○ NO |  |

I AFFIRM UNDER THE PENALTY OF PERJURY THAT, TO MY KNOWLEDGE, OTHER THAN AS NOTED ABOVE, THERE ARE AND HAVE BEEN NO RELATED ACTIONS OR PROCEEDINGS, NOR HAS A REQUEST FOR JUDICIAL INTERVENTION PREVIOUSLY BEEN FILED IN THIS ACTION OR PROCEEDING.

Dated: 06/24/2014

4672242
**ATTORNEY REGISTRATION NUMBER**

SIGNATURE
Sung-Min Lee
**PRINT OR TYPE NAME**

Print Form

Print Form

SUPREME COURT OF THE STATE OF NEW YORK  
COUNTY OF Westchester

UCS-840C  
3/2011

Index No. 59638/2014

JESSICA ZWEIMAN

Plaintiff(s)/Petitioner(s)

-against-

AXA EQUITABLE LIFE INSURANCE COMPANY

Defendant(s)/Respondent(s)

RJI No. (if any) _____

**COMMERCIAL DIVISION**  
**Request for Judicial Intervention Addendum**

**COMPLETE WHERE APPLICABLE** [add additional pages if needed]:

**Plaintiff/Petitioner's cause(s) of action** [check all that apply]:

[X] Breach of contract or fiduciary duty, fraud, misrepresentation, business tort (e.g. unfair competition), or statutory and/or common law violation where the breach or violation is alleged to arise out of business dealings (e.g. sales of assets or securities; corporate restructuring; partnership, shareholder, joint venture, and other business agreements; trade secrets; restrictive covenants; and employment agreements not including claims that principally involve alleged discriminatory practices)

[ ] Transactions governed by the Uniform Commercial Code (exclusive of those concerning individual cooperative or condominium units)

[ ] Transactions involving commercial real property, including Yellowstone injunctions and excluding actions for the payment of rent only

[ ] Shareholder derivative actions — without consideration of the monetary threshold

[X] Commercial class actions — without consideration of the monetary threshold

[ ] Business transactions involving or arising out of dealings with commercial banks and other financial institutions

[ ] Internal affairs of business organizations

[ ] Malpractice by accountants or actuaries, and legal malpractice arising out of representation in commercial matters

[ ] Environmental insurance coverage

[ ] Commercial insurance coverage (e.g. directors and officers, errors and omissions, and business interruption coverage)

[ ] Dissolution of corporations, partnerships, limited liability companies, limited liability partnerships and joint ventures — without consideration of the monetary threshold

[ ] Applications to stay or compel arbitration and affirm or disaffirm arbitration awards and related injunctive relief pursuant to CPLR Article 75 involving any of the foregoing enumerated commercial issues — without consideration of the monetary threshold

**Plaintiff/Petitioner's claim for compensatory damages** [exclusive of punitive damages, interest, costs and counsel fees claimed]:

$ IN EXCESS OF $150,000

**Plaintiff/Petitioner's claim for equitable or declaratory relief** [brief description]:

N/A

**Defendant/Respondent's counterclaim(s)** [brief description, including claim for monetary relief]:



I REQUEST THAT THIS CASE BE ASSIGNED TO THE COMMERCIAL DIVISION. I CERTIFY THAT THE CASE MEETS THE JURISDICTIONAL REQUIREMENTS OF THE COMMERCIAL DIVISION SET FORTH IN 22 NYCRR § 202.70(a), (b) AND (c).

Dated: 06/24/2014

SIGNATURE

SUNG-MIN LEE

PRINT OR TYPE NAME