UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
JESSICA ZWEIMAN, Executrix of the Estate
of Anne Zweiman, on behalf of herself and all    :
others similarly situated,
                                                                       :

                Plaintiff,                     No. 14-cv-5012 (VSB)(DCF)
                                                                   :
       v.                                **ECF CASE**
                                                                    :
AXA EQUITABLE LIFE INSURANCE            **Electronically Filed**
COMPANY,                                    :

               Defendant.                   :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**NOTICE OF MOTION TO DISMISS THE COMPLAINT AS PRECLUDED
BY THE SECURITIES LITIGATION UNIFORM STANDARDS ACT**

      PLEASE TAKE NOTICE that, upon the Complaint in the above-captioned action dated June 19, 2014; the accompanying Memorandum Of Law of AXA Equitable Life Insurance Company (A) In Support Of Its Motion To Dismiss And (B) In Opposition To Plaintiff's Motion To Remand, dated September 5, 2014; the accompanying Declaration Of Kurt Wm. Hemr dated September 5, 2014 and exhibits thereto; the direction of this Court at a pre-motion conference on August 6, 2014; and upon all prior pleadings and proceedings herein, Defendant AXA Equitable Life Insurance Company, by and through its undersigned counsel, will move this Court, before the Honorable Vernon S. Broderick at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York, 10007, on a date and at a time designated by the Court, for an Order: (a) pursuant to the Securities Litigation Uniform Standards Act, 15 U.S.C. § 78bb(f)(1), dismissing the Complaint with prejudice; and (b) for such other and further relief as this Court may deem just and proper.

Dated:  New York, New York
        September 5, 2014

          Respectfully submitted,

*/s/ Jay B. Kasner*
Jay B. Kasner (Jay.Kasner@skadden.com)
Kurt Wm. Hemr (Kurt.Hemr@skadden.com)
Tansy Woan (Tansy.Woan@skadden.com)
SKADDEN, ARPS, SLATE,
   MEAGHER & FLOM LLP
Four Times Square
New York, New York  10036
Phone:  (212) 735-3000

*Attorneys for Defendant AXA Equitable
   Life Insurance Company*

TO:

HARWOOD FEFFER
Joel C. Feffer (jcfeffer@hfesq.com)
James G. Flynn (jflynn@hfesq.com)
488 Madison Avenue, 8th Floor
New York, New York 10022
Phone:  (212) 935-7400

LOWEY DANNENBERG COHEN & HART, P.C.
Barbara J. Hart (bhart@lowey.com)
Thomas M. Skelton (tskelton@lowey.com)
David Harrison (dharrison@lowey.com)
One North Broadway, Suite 509
White Plains, New York 10601-2301
Phone:  (914) 997-0500

SHAPIRO HABER & URMY LLP
Edward F. Haber (ehaber@shulaw.com)
Patrick J. Vallely (pvallely@shulaw.com)
Seaport East
Two Seaport Lane
Boston, Massachusetts  02109
Phone:  (617) 439-3939

*Attorneys for Plaintiff Jessica Zweiman*